IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **AYANNA Q. PATTERSON** | ) | |
| | ) | |
| v. | ) | No. 3:04-0648 |
| | ) | Judge Echols |
| **LAKESHORE ESTATES, INC.** | ) | |

**O R D E R**

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered May 26, 2005 (Docket Entry No. 21), to which no objection has been filed.

In his R&R, the Magistrate Judge recommends that this case be dismissed with prejudice for failure to prosecute and comply with Court orders. Fed. R. Civ. P. 41(b).

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

*/s/ Robert L. Echols*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2